UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Fredericka Wagner,** *et al.*,

    **Plaintiffs,**

v.

**Circle W Mastiffs,** *et al.*,

    **Defendants.**

Case No. 2:08-CV-00431
JUDGE SMITH
Magistrate Judge Kemp

**Craig W. Williamson,**

    **Plaintiff,**

v.

**American Mastiff Breeders Council,** *et al.*,

    **Defendants.**

Case No. 2:09-CV-00172
JUDGE SMITH
Magistrate Judge Kemp

## ORDER

     Based on previous rulings of this Court, the following claims remain pending in Case No. 2:09-cv-172: Plaintiff Craig Williamson's claims for defamation and intentional interference with a business relationship against Kevin Ware, Melanie Ware, American Mastiff Breeders Council, LLC ("AMBC"), Sandy Berger, and Connie Hammond.  The Court's March 31, 2014 Opinion and Order directed Plaintiff to timely advise the Court as to whether he intends to pursue the remaining claims.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff moves for an order dismissing with prejudice his Complaint against the remaining Defendants (Doc. 225 in Case No. 2:09-cv-172).  Plaintiff asserts that he has reached settlement agreements with Sandy Berger, Kevin Ware, and Melanie Ware, and that he does not intend to pursue his claims against either Connie Hammond or the AMBC.  Accordingly, the Court **GRANTS**

Plaintiff's motion.  Plaintiff's remaining claims against Kevin Ware, Melanie Ware, the AMBC, Sandy Berger, and Connie Hammond are hereby **DISMISSED with prejudice**.  No claim remains pending in this matter, and the Clerk shall enter final judgment.

The Clerk shall remove Document 225 in Case No. 2:09-cv-172 from the Court's pending motions list.

The Clerk shall remove Case No. 2:09-cv-172 from the Court's pending cases list.

**IT IS SO ORDERED.**

  *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**